IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 4:25MJ3187 |
| vs. | |
| MAHESHKUMAR CHAUDHARI, | ORDER |
| Defendants. | |

IT IS ORDERED:

1) The motion of Joshua D. Barber to withdraw as counsel of record for Defendant, (Filing No. 21), is granted.

2) Defendant's newly retained counsel, Chinedu Igbokwe, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Joshua D. Barber from any future ECF notifications herein.

Dated this 13th day of August, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge