IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>MAHESHKUMAR CHAUDHARI,<br><br>      Defendant. | **WITNESS LIST**<br><br>Case No. 4:25CR3071<br>Deputy: Nicki Wenzl<br>Reporter: Digital Recorder<br>Date: August 20, 2025 |

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Dallin Proffitt | 8/20/2025 |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
|  |  |
|  |  |