IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KETANKUMAR CHAUDHARI, a/k/a Ken,
RASHMI SAMANI, a/k/a, Falguni Samani
AMIT P. CHAUDHARI,
AMIT B. CHAUDHARI, a/k/a Matt, and
MAHESHKUMAR CHAUDHARI, a/k/a
Mahesh.

Defendants.

4:25CR3071

NOTICE OF DEPOSITION

The United States of America, by and through Lesley A. Woods, United States Attorney, and Danielle Fliam, Assistant United States Attorneys, pursuant to Rule 15 of the Federal Rules of Criminal Procedure and order of this Court, gives notice that the reported and video recorded deposition of the material witness in this case will take place on

December 2, 2025, commencing at 9:30am and continuing until finished

at the

United States Attorney's Office for the District of Nebraska
487 Federal Building
100 Centennial Mall North,
Lincoln, NE 68508

Defendants, unless they waive, in writing, their right to be present, and counsel for all parties, shall appear personally at the deposition.

Respectfully submitted,

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

By: s/ *Danielle J. Fliam*

DANIELLE J. FLIAM, #25658
Assistant U.S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, NE 68508
Tel: (402) 437-5241
Fax: (402) 437-5390
E-mail: danielle.fliam@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants:

Deborah Cunningham, attorney for the material witness

s/ *Danielle J. Fliam*
Assistant U.S. Attorney